# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF NEW YORK

---

**John Wallmar-Rodriguez**

   vs.

**Felix Roma Bakery**

---

JUDGMENT IN A CIVIL CASE

**CASE NO.**   3:05-CV-111

     **JURY VERDICT.**   This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**X**   **DECISION BY COURT.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT DEFENDANT'S MOTION FOR SUMMARY JUDGMENT IS GRANTED.  PLAINTIFF'S ACTION IS DISMISSED.

IN ACCORDANCE WITH THE HONORABLE THOMAS J. MCAVOY'S DECISION AND ORDER FILED MAY 9, 2007.

Dated: May 9, 2007

*[signature]*
Clerk of Court

s/S. Potter
By:  Deputy Clerk